# John C. Geist
# Becky Parker Geist

PO BOX 6010   San Rafael, CA 94903-0010   415-491-0818

February 1, 2010

**RECEIVED**

FEB X 2 2010

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Edward M. Chen
U.S. District Court
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

Re: Motion to Efile for CV10 0367

To the Honorable Edward M. Chen:

We request permission to efile for the above civil case. Thank you.

Sincerely,

John C. Geist                              Becky Parker Geist

IT IS SO ORDERED that the above plaintiffs are allowed to e-file for Case No. 10-0367 EMC. Plaintiffs shall contact the court's ECF Help Desk at 866-638-7829 for e-filing set up procedure.

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 2/2/10

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen