1  John C. Geist
   Becky Parker Geist
2  724 Appleberry Drive
   San Rafael, California 94903
3  Tel: (415) 491-0818
   Fax: (415) 491-0818
4  E-Mail: beckygeist@comcast.net
   Plaintiffs in Pro Per
5

6  JOHN M. SORICH (CA BAR NO. 125223)
   jsorich@adorno.com
7  S. CHRISTOPHER YOO (CA BAR NO. 169442)
   CYOO@ADORNO.COM
8  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
9  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
10 Tel: (714) 852-6800
   Fax: (714) 852-6899

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14  John C. Geist, pro se and                | Case No. **CV 10-0367 CRB**
    Becky Parker Geist, pro se                |
15             Plaintiff(s)                   | **JUDGE:** Honorable Charles R. Breyer

16                                            | **STIPULATION AND** ~~PROPOSED~~
                                              | **ORDER TO CONTINUE CASE**
17  v.                                        | **MANAGEMENT CONFERENCE AND**
                                              | **HEARING ON MOTION TO DISMISS**
18
                                              | <u>FORMER:</u>
19  CALIFORNIA RECONVEYANCE                   | **DATE:**    May 7, 2010
    COMPANY                                   | **TIME:**     10:00 AM
20  JPMORGAN CHASE BANK, d/b/a                | **CTRM:**    8, 19th Floor
    WASHINGTON MUTUAL BANK and
21  DOES 1 through 100, one up                | <u>NEW:</u>
                   Defendants                 | **DATE:**    May 21, 2010
22                                            | **TIME:**    10:00 AM
                                              | **CTRM:**    8, 19th Floor
23
                                              | **Action Filed:** January 26, 2010
24

25

26        The undersigned parties, through counsel, STIPULATE and AGREE and jointly request

27  modification of this Court's Orders concerning and setting dates in the above matter.

28        All parties make this request based on the following circumstances:

                                1    STIPULATION AND ORDER RESCHEDULING
                                     DATES; CASE NO.  CV 10-0367 CRB

1. This case was initially set for Case Management Conference on May 5, 2010. Defendants have filed a Motion to Dismiss the Complaint, which was set for hearing on April 14, 2010. Plaintiffs filed an Opposition to the Motion to Dismiss the Complaint. The motion hearing date was moved to May 7, 2010.

2. The court, by reason of a judicial re-assignment, re-scheduled the Case Management Conference to May 7, 2010.

3. Plaintiffs John C. Geist and Becky Parker Geist are representing themselves in this matter. Plaintiff Becky Parker Geist has a prior work commitment on May 7, 2010, a technical rehearsal for which she is the Director at Solano Community College that conflicts with the currently-set hearing dates. The May 7th date was selected by defense court without consulting the Geists in advance.

4. Under the circumstances, counsel John M. Sorich and S. Christopher Yoo, who represent all the defendants have stipulated to a brief continuance of the May 7, 2010 dates for Case Management Conference and for hearing on the Motion to Dismiss.

For the aforementioned reasons, the parties jointly request the hearing dates presently set for May 7, 2010, be extended to May 21, 2010, or beyond, if more convenient for the Court.

**IT IS SO STIPULATED.**

Dated:  April 6, 2010

By: /s/
John C. Geist

Dated:  April 6, 2010

By: /s/
Becky Parker Geist

Dated:  April 9, 2010

/s/
S. CHRISTOPHER YOO
ADORNO YOSS ALVARADO & SMITH

## ORDER

Based on the above stipulation, and for good cause appearing, IT IS ORDERED that in the above cases, the hearing dates for the case management conference and the hearing on the motion to dismiss be re-scheduled. The Court shall send notice of the new date assigned.

Dated: April 13, 2010

HON. CHARLES R. BREYER

