IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN C. GEIST AND BECKY PARKER GEIST,

    Plaintiffs,

  v.

CALIFORNIA RECONVEYANCE COMPANY, JPMORGAN CHASE BANK,

    Defendants.

No. C 10-0367 CRB

**ORDER**

The Court, having granted Defendants' Motion to Dismiss Plaintiffs' Complaint, with prejudice, DENIES Plaintiffs' Motion to Relate this case to case 10-1879 (EMC), *Geist v. Onewest Bank, et. al*.

**IT IS SO ORDERED.**

Dated: May 18, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\367\Order re Motion to Relate Cases.wpd