IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. GEIST AND BECKY PARKER GEIST,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA RECONVEYANCE COMPANY, JPMORGAN CHASE BANK,<br><br>        Defendants. | No. C 10-0367 CRB<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motion to Dismiss Plaintiffs' Complaint, with prejudice, enters Judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 18, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\367\Judgment.wpd